IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 7:16-CR-00048 |
| | : | |
| AJA ROBERTS | : | |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

1. In December 2015, in the Western District of Virginia, the defendant AJA ROBERTS, did knowingly and intentionally possess a measurable quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

2. All in violation of Title 21, United States Code, Section 844.

### COUNT TWO

1. In January 2016, in the Western District of Virginia, the defendant AJA ROBERTS, did knowingly and intentionally possess a measurable quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

2. All in violation of Title 21, United States Code, Section 844.

### COUNT THREE

1. In February 2016, in the Western District of Virginia, the defendant AJA ROBERTS, did knowingly and intentionally possess a measurable quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

2. All in violation of Title 21, United States Code, Section 844.

August 29, 2016

*Laura Day Rottenborn* FOR
JOHN P. FISHWICK, JR.
UNITED STATES ATTORNEY