IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 7:16-CR-000 48 |
| | : | |
| AJA ROBERTS | : | |

## STATEMENT OF FACTS

This Statement of Facts briefly summarizes the facts and circumstances surrounding my criminal conduct at issue in this case. It does not contain all of the information obtained during the investigation and applicable to an accurate Presentence Investigation Report and Sentencing Guidelines Calculation. I understand that this Statement of Facts is not protected by proffer agreement or any other agreement, and shall be wholly admissible at trial notwithstanding any rules or statutes to the contrary, including but not limited to, Federal Rules of Evidence 408 and 410 and Federal Rule of Criminal Procedure 11.

From the summer of 2015 through February 2016, I was involved with Brandon Scott Thomas. We primarily lived in hotels in Roanoke, Virginia and Charlottesville, Virginia. Thomas had me prostitute for him in Roanoke and Charlottesville to make money. Thomas also was a drug dealer. He was involved with, among other things, heroin and crystal methamphetamine. Thomas and his friends provided me with drugs and sometimes asked me to help with their distribution. I possessed heroin, a Schedule I controlled substance, in December 2015, January 2016, and February 2016, each time while in the Western District of Virginia.

I have reviewed the above Statement of Facts with my attorney and I agree that it is true and accurate. I agree that had this matter proceeded to trial, the United States would have proven the fact outlined above beyond a reasonable doubt.

Date: August 25, 2016

_____
Aja Roberts

_____
Melissa Friedman, Esq.
Attorney for Defendant

1